M'DONALD v. HOBBY ET AL. SELECTMEN OF GREENWICH.

In a prosecution for maintenance of a bastard child, by the select-
men, the deposition of the mother, taken before any suit was
commenced, and without notifying the defendant who lived
within six miles, is not admissible evidence, although the mother
is dead.

ERROR, to reverse a judgment of the County Court, in a prosecution instituted by said selectmen, in their own names, for maintenance of a bastard child, said to have been begotten by said Lewis, on the body of one Elizabeth Ferriss, a pauper, since deceased.

In the trial of said cause the plaintiffs offered, and the court admitted, although objected to, the deposition of said Elizabeth, taken by Justice Mead, before any complaint was exhibited; the adverse party not cited nor present; although he lived within six miles of the justice: The court also admitted said justice to testify that said Elizabeth did at the time aforesaid on oath, charge said Lewis with being the father of said bastard child; the said Elizabeth being dead. A bill of exceptions was filed.

Errors assigned were — That said court ought not to have admitted said deposition; nor said Justice Mead, to testify what she had sworn before him.

Plea — Nothing erroneous.    Judgment — Manifest error.

By the COURT.    The deposition of said Elizabeth was extrajudicially and illegally taken, and could never have been admitted as evidence; and her death could not help the matter.

This judgment was affirmed in the Supreme Court of Errors.